UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYA COBB,

Plaintiff,

-against-

UNITED STATES POSTAL SERVICE; SORAYA WATSON, SUPERVISOR; KURT ROBINSON, APWU UNION PRES.,

Defendants.

25-cv-10221 (LLS)

CIVIL JUDGMENT

For the reasons stated in the July 3, 2026, Order, this action is dismissed.

SO ORDERED.

Dated: September 23, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON,
United States District Judge